### 14138.   ALEXANDER *v.* THE STATE.

The evidence authorized the verdict.

DECIDED MARCH 6, 1923.

Indictment for larceny of baled cotton; from Tattnall superior court — Judge Sheppard.   October 31, 1922.

*H. H. Elders,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

LUKE, J. The defendant was indicted for and convicted of the offense of larceny. The sole assignment of error is upon the

ground that the evidence did not authorize the verdict. There is evidence to authorize the verdict of guilty, and the verdict has the approval of the trial judge. This court is therefore bound to hold that it was not error to overrule the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*